# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 3, 2018

156174 & (50)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

    SC:  156174
    COA:  331305
    Ingham CC:  15-000090-FC

TERREON TRASHUN SMITH,
      Defendant-Appellant.

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED.  The application for leave to appeal the June 13, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 3, 2018



Clerk

p1218